HARDY RAY MURPHY CA Bar No. 187149
hardy.murphy@ogletree.com
MACY VALDES CA Bar No. 332150
macy.valdes@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:     213-239-9045

Attorneys for Defendant
BSN SPORTS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALATIEL PENALOZA CRUZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BSN SPORTS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00117-JDP<br><br>**NOTICE OF ERRATA RE: EXHIBIT 4 TO NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>Complaint Filed:  November 14, 2025<br>Trial Date:           None<br>Magistrate Judge  Hon. Jeremy D. Peterson<br>                              Courtroom 9, Sacramento |

**TO THE UNITED STATES DISTRICT COURT CLERK FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 14, 2026, a non-conformed copy of defendant BSN Sports, LLC's Answer to Plaintiff's Complaint was filed as attachment "Exhibit 4" (Dkt. 1-8) in support of the Notice of Removal. Defendant has since received the conformed copy of the state court Answer that was filed on January 13, 2026, with the Sacramento County Superior Court. **A true and correct conformed copy of the state court Answer is attached hereto as "Exhibit 4."** Defendant respectfully requests the Court replace the non-conformed Answer with the attached "conformed" Answer for its use.

DATED: January 15, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Macy Valdes
Hardy Ray Murphy
Macy Valdes
Attorneys for Defendant
BSN SPORTS, LLC